# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GUILLERMO ANTONIO RODIL,
MIREYA P. RODIL,

Plaintiffs,

v. Case No.: 6:26-cv-02210-PGB-LHP

MIDLAND CREDIT MANAGEMENT, INC., ASSET ACCEPTANCE, LLC,

Defendants.

---

## ORDER
(And Direction to Clerk of Court)

Before the Court is Plaintiffs' Motion for Leave to Register as Non-Attorney CM/ECF Electronic Filers and to Receive Electronic Service Pursuant to Fed. R. Civ. P. 5(D)(3)(B), Fed. R. Civ. P. 5(B)(2)(E), and Judicial Conference Disability Accommodation Policy. Doc. No. 53.

On review, the motion (Doc. No. 53) is **DENIED without prejudice** for failure to include a memorandum of legal authority as required by Local Rule 3.01(b). Any renewed motion must include a memorandum of legal authority and otherwise comply in full with all applicable Local Rules. Such motion must also address whether Plaintiffs will comply with the Administrative Procedures for Electronic

Filing[1], as well as the Court's concerns as to whether Plaintiffs will abuse or misuse the privilege of filing electronically, given that Plaintiffs have already filed multiple unauthorized documents, Doc. Nos. 32-33, 36-37, 39-40, 46, which have been stricken by the Court. Doc. Nos. 35, 38, 47, 48. *See also* Local Rule 1.05(b).

That said, "the Court in its discretion may grant a *pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the **Clerk of Court** is **DIRECTED** to add Plaintiff Mireya P. Rodil's email address, guillermorodil@hotmail.com, to CM/ECF and ensure that she receives Notices of Electronic Filings. Thereafter, Plaintiff Mireya P. Rodil will no longer receive mailed copies of Court documents.[2]

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."

[2] The Court notes that Plaintiff Guillermo Antonio Rodil has already consented to receive Notices of Electronic Filings.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties